**Robert Vernon LOVETTE,
Petitioner–Appellant,**

v.

**Theodis BECK, Secretary, North Carolina Department of Corrections,
Respondent–Appellee.**

No. 02–6569.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 12, 2002.

Robert Vernon Lovette, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Vernon Lovette appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude that Lovette has not made a substantial showing of the denial of a constitutional right.* *See Lovette v. Beck,* No. CA–01–1000–1 (M.D.N.C. March 25, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We

* We reach this conclusion assuming, without deciding, that Lovette's petition was timely

deny Lovette's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

under the one-year limitations period of the AEDPA. *See* 28 U.S.C. § 2244.